

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Summer Whiteside, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>V.<br><br>Chosen Foods, LLC<br><br>Defendant. | Civil Action No. 25-cv-00481-CAB-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, the Court GRANTS Defendant's motion to dismiss Plaintiff's complaint. Because Plaintiff could not possibly amend her complaint to state a plausible claim, the case is DISMISSED WITH PREJUDICE. It is SO ORDERED.

Date:  8/26/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard
                      A. Hazard, Deputy